Cable Lumber Company, Appellee, v. Thomas Mack, Appellant.

Gen. No. 23,876.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Action by Cable Lumber Company, a corporation, plaintiff, against Thomas Mack, defendant, to recover for a bill for lumber. From a judgment for plaintiff for $92, defendant appeals.

L. C. THESEN, for appellant.

HARRY L. SOLOMON and JOSEPH H. LANDES, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 329*—*when delivery and promise of payment shown.* In an action to recover the purchase price of lumber claimed to have been sold to defendant, the evidence of plaintiff's salesman that he sold the lumber to defendant, presented a bill to defendant and that defendant promised him to pay it, and evidence of promises made to the president of defendant and to a lawyer to pay the bill, were sufficient to show delivery and promise of payment.

2. APPEAL AND ERROR, § 1772*—*when error not ground for reversal.* Where substantial justice has been done by a judgment, it will not be reversed because of slight unprejudicial errors.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.